No. 02–1703. UTAH SHARED ACCESS ALLIANCE ET AL. v. SOUTHERN UTAH WILDERNESS ALLIANCE ET AL. C. A. 10th Cir. The Court reversed the judgment below in *Norton* v. *Southern*

*Utah Wilderness Alliance, ante,* p. 55. Therefore, certiorari granted, and case remanded for further proceedings.